UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc. ,<br><br>Plaintiff,<br><br>v.<br><br>Ruben Contreras Machuca, et al.,<br><br>Defendants | Case No. 2:13-cv-01076-JAM-KJN<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

Ruben Contreras Muchuca and Silvia Ochoa Gomez both individually and doing business as Centennial Bar and Grill a/k/a Centennial Ranch Sports Bar and Grill in the sum of $3,700, consisting of: $1,500 in statutory damages for violation of 27 U.S.C. § 605, and $2,200 for the tort of conversion.

Date: June 05, 2014                          MARIANNE MATHERLY, CLERK

                                             By: /s/  G. Michel
                                             Deputy Clerk